MARY PODGORSKI, now MARY NYE, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment and order reversed on the law and the facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The finding of the jury that the plaintiff delivered to the defendant's agent Newman certain checks as payments on future accruing premiums is against the weight of the evidence in view of the letter of plaintiff to Newman dated February 14, 1933, and the testimony of the plaintiff and of Newman relating to Newman's action. Further the plaintiff failed to prove payment of such future maturing premiums within the terms of the policy relating to the payment of premiums. All concur. (The judgment awards plaintiff double indemnity upon two life insurance policies. The order sets aside the verdict of the jury in part.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

CLAUDE KING, Appellant, v. F. LEE CRADDOCK and Others, Respondents.— Judgment and order so far as appealed from reversed on the law, with costs, and motion to dismiss amended complaint denied, with ten dollars costs, with leave to defendants to serve an answer or move within ten days upon payment of the costs of the motion and of this appeal. Memorandum: The complaint sufficiently alleges a cause of action against defendant Craddock upon the contract of November 14, 1931. It also alleges a transfer of stock from defendant F. Lee Craddock to Beulah Craddock without consideration, which transfer rendered the defendant F. Lee Craddock insolvent. This, under the allegations of the complaint, was a fraudulent conveyance which the plaintiff was entitled to set aside. Despite the verbose and unnecessarily complicated character of the pleading, for the foregoing reason we deem the complaint sufficient in law to require the appellant to answer. All concur. (The judgment and order dismiss complaint and amended complaint in an action to set aside the transfer of stock.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MILLER, Otherwise Known as " GOAT " MILLER, Appellant.— Judgment of conviction and order affirmed. All concur, except Sears, P. J., and Lewis, J., who dissent and vote for reversal on the law and for dismissal of the indictment on the opinion of Lewis, J., in this case (247 App. Div. 489). (The judgment convicts defendant of murder, second degree. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Estate of CHARLOTTE PUTNAM LANDERS, Deceased.— Decree affirmed, with costs payable by the executors personally. (See Isham v. N. Y. Assn. for Poor, 177 N. Y. 218; Bryant v. Thompson, 128 id. 426; Matter of Coe, 55 App. Div. 270; Taggart v. Fowler, 200 id. 878.) All concur. (The decree construes certain portions of a will.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EDWARD J. BACHORSKI, Respondent, v. MOUNT MORRIS IRON & METAL COMPANY, INCORPORATED, and S. A. COOK COMPANY, INCORPORATED, Appellants.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff damages for personal injuries caused by an automobile collision.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.